UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CR-043 JD |
| | ) | |
| TYRAN L. LENARD | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 14, 2013 [DE 47]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Tyran Lenard's plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 1s of the Superseding Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  September 4, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court